UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Yordanny Toribio Mendoz

Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 26 2021

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21  -CR-  21-1  (GBD)

Defendant _____Yordanny Toribio Mendoza_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/S/
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Yordanny Toribio Mendoza**
Print Defendant's Name

/S/
_____
Defendant's Counsel's Signature

**Robert M. Baum**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

JAN 26 2021

_George B Daniels_
U.S. District Judge/U.S. Magistrate Judge