UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

YORDANNY TORIBIO MENDOZA, *a/k/a*
*Yordanny Toribio*,

                    Defendant.
------------------------------------x

ORDER

21 Crim. 21-1 (GBD)

GEORGE B. DANIELS, District Judge:

With Defendant's consent, Defendant's current counsel, Robert Baum, is relieved due to a conflict of interest. The C.J.A. attorney assigned to receive cases on this day is hereby ordered to assume representation of Defendant in the above-captioned matter.

Dated: February 11, 2021
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE