UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

YORDANNY TORIBIO MENDOZA, *a/k/a*
*Yordanny Toribio*, and JOSE LAVANDIER,

                             Defendants.
------------------------------------x

ORDER

21 Crim. 21 (GBD)

GEORGE B. DANIELS, District Judge:

Both status conferences scheduled for April 14, 2021 are adjourned to June 30, 2021 at 10:00 am. On the Government's motion, made with Defendants' consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: April 5, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE