**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2021

**By ECF**

SO ORDERED

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The status conference is adjourned from
September 20, 2021 to November 3, 2021 at 10:30 a.m.

SEP 2 8 2021

*[signature]* George B. Daniels

Re: *United States v. Mendoza and Lavandier*, 21 Cr. 21

Dear Judge Daniels:

The parties write to request an approximately 30-day adjournment of the status conference scheduled for September 29, 2021, in the above-referenced matter. With the consent of the defendants, the Government also respectfully requests that the time between today and the adjourned status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the defendants to continue to discuss the possibility of pretrial resolution of this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: *[signature]*
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc: Gráinne E. O'Neill, Esq. (via ECF)
Jeffrey G. Pittell, Esq. (via ECF)