**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

YORDANNY TORIBIO MENDOZA
and JOSE LAVANDIER,

                         Defendants.

------------------------------------x

DEC 0 6 2021

ORDER

21 Crim. 21 (GBD)

GEORGE B. DANIELS, District Judge:

The conference scheduled for December 8, 2021 is adjourned to December 15, 2021 at 10:15 a.m.

Dated: December 6, 2021
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE