**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-                            ORDER

YORDANNY TORIBIO MENDOZA,        21 Crim. 21-1 (GBD)

                      Defendant.

------------------------------------x

GEORGE B. DANIELS, District Judge:

The parties' letter request to adjourn the conference scheduled for January 19, 2022, (ECF No. 25), is GRANTED. The conference is adjourned to March 2, 2022 at 10:45 a.m. On the Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: January 13, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE