```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 3 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

YORDANNY TORIBIO MENDOZA,

                               Defendant.

------------------------------------- x

ORDER

21 Crim. 21-1 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is directed to close the open motions at ECF Nos. 26 (letter motion to adjourn conference), 42 (letter motion to adjourn conference), and 45 (letter motion to adjourn conference) as having been resolved by ECF Nos. 27, 44, and 48.

Dated: February 23, 2022
       New York, New York

                                                SO ORDERED.

                                                _George B. Daniels_
                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE