**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

YORDANNY TORIBIO MENDOZA,

                        Defendants.

------------------------------------------x

                                ORDER

                                21 Cr. 21-01 (GBD)

GEORGE B. DANIELS, United States District Judge:

    At the request of the parties, the April 20, 2022 status conference is canceled.

Dated: April 18, 2022
       New York, New York

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE