**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

YORDANNY TORIBIO MENDOZA and JOSE LAVANDIER,

                                    Defendants.

------------------------------------------x

ORDER

21 Cr. 21-01 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the open motion at ECF No. 42 as moot.

Dated: May 24, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge